**In the Interest of S.Y.G. & M.M.G., Plaintiff.**

**Juvenile Officer, Respondent;**

**Missouri Children's Division, Respondent,**

**v.**

**D.L.D. (Mother), Appellant;**

**T.L.G. (Father), Defendant.**

**Nos. WD 67677, WD 67678.**

Missouri Court of Appeals, Western District.

Aug. 28, 2007.

Joshua Fay, Brookfield, MO, for Appellant.

Steven Eugene Raymond, Shelbyville, MO, for Respondent Juvenile Officer.

Gary Lee Gardner, Jefferson City, MO, for Respondent Children Division.

Susan Ruth Barrow, Macon, MO, for Plaintiffs.

Andrew J.S.D. Snider, Shelbina, MO, for Defendant T.L.G.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

D.L.D. appeals the judgment of the Circuit Court, Juvenile Division, terminating her parental rights as to her two children, S.Y.G. and M.M.G.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).